IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 08-218 |
| v.   ) | [UNDER SEAL] |
| ) | (26 U.S.C. § 5861(e)) |
| PERRY E. LANDIS ) | |

### INDICTMENT

The grand jury charges:

On or about September 29, 2007, in the Western District of Pennsylvania, the defendant, PERRY E. LANDIS, did knowingly and unlawfully transfer firearms, as defined in Title 26, United States Code, Sections 5845(a) and 5845(f)(1)(F), that is, destructive devices consisting of explosive blasting caps, which are similar in nature to grenades, without having filed with the Secretary of the Treasury a written application for the transfer and registration of said devices to the transferee, in violation of the provisions of Title 26, United States Code, Section 5812(a), well knowing that said devices functioned as explosive devices.

In violation of Title 26, United States Code, Section 5861(e).

## COUNT TWO

The grand jury further charges:

On or about March 27, 2008, in the Western District of Pennsylvania, the defendant, PERRY E. LANDIS, did knowingly and unlawfully transfer firearms, as defined in Title 26, United States Code, Sections 5845(a) and 5845(f)(1)(F), that is, destructive devices consisting of explosive blasting caps, which are similar in nature to grenades, without having filed with the Secretary of the Treasury a written application for the transfer and registration of said devices to the transferee, in violation of the provisions of Title 26, United States Code, Section 5812(a), well knowing that said devices functioned as explosive devices.

In violation of Title 26, United States Code, Section 5861(e).

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254