IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-218 |
| | ) | [UNDER SEAL] |
| PERRY E. LANDIS | ) | |

## ARRAIGNMENT PLEA

Defendant Perry E. Landis

being arraigned, pleads _____

in open Court this _____ day of

_____, 20\_\_\_\_.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)