## CRIMINAL CASE INFORMATION SHEET

**Pittsburgh** __X__    **Erie** _____    **Johnstown** _____

**Related to No.** _____ **Judge** _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

**CATEGORY:**  1.  _____ Antitrust & Securities Fraud
2.  _____ Tax
3.  __X__ General Criminal

08-218

| | | | |
|---|---|---|---|
| **Defendant's name:** | Perry E. Landis | | |
| **Is Indictment waived:** | _____ yes | __X__ no | |
| **Pretrial Diversion:** | _____ yes | __X__ no | |
| **Juvenile proceeding:** | _____ yes | __X__ no | |
| **Defendant is:** | __X__ Male | _____ Female | |
| **Superseding Indictment or Information:** | _____ yes | __X__ no | |

**Previous case number:** _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

**County in which first offense cited occurred:** Clarion County

**Previous proceedings before Magistrate Judge:** _____

**Case No.:** _____

**PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE**

**Date arrested or date continuous U.S. custody began:** _____

**Defendant:**   _____ is in custody   __X__ is not in custody

**Name of Institution:** _____

**Custody is on:**   _____ this charge   _____ another charge
_____ another conviction
_____ State   _____ Federal

| | | |
|---|---|---|
| Detainer filed: | _____ yes | _____ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 2 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Perry E. Landis | |

### SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 and 2 | 26 U.S.C. § 5861(e) | Transfer of an Unregistered Firearm | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: JUN 0 5 2008

*Margaret E. Picking*
MARGARET E. PICKING
Assistant U.S. Attorney
PA ID No. 28942