## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__        Erie _____        Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:  1.  _____ Antitrust & Securities Fraud
           2.  _____ Tax
           3.  __X__ General Criminal

08-218

| | |
|---|---|
| Defendant's name: | Perry E. Landis |
| Is Indictment waived: | _____ yes   __X__ no |
| Pretrial Diversion: | _____ yes   __X__ no |
| Juvenile proceeding: | _____ yes   __X__ no |
| Defendant is: | __X__ Male   _____ Female |
| Superseding Indictment or Information: | _____ yes   __X__ no |
| Previous case number: | |

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first
offense cited occurred:        Clarion County

Previous proceedings before
Magistrate Judge:              _____

    Case No.:                  _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began:  _____

Defendant:            _____ is in custody  __X__ is not in custody

Name of Institution:  _____

Custody is on:        _____ this charge    _____ another charge

                      _____ another conviction

                      _____ State          _____ Federal

| | | |
|---|---|---|
| **Detainer filed:** | _____ yes | _____ no |
| **Date detainer filed:** | | |
| **Total defendants:** | 1 | |
| **Total counts:** | 2 | |
| **Data below applies to defendant No.:** | 1 | |
| **Defendant's name:** | Perry E. Landis | |

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 and 2 | 26 U.S.C. § 5861(e) | Transfer of an Unregistered Firearm | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: __JUN 0 5 2008__

MARGARET E. PICKING
Assistant U.S. Attorney
PA ID No. 28942